1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Pamela Avery

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Pamela Avery, ) | **Case No.: 4:15-cv-00342-RCC** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| GC Services, LP, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, Pamela Avery, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: August 28, 2015         KROHN & MOSS, LTD.


By: /s/ Ryan Lee
         
      Ryan Lee
      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff