# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Pamela Avery, | No. CV-15-00342-TUC-RCC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GC Services LP, | |
| Defendant. | |

Pending before this Court is a Notice of Voluntary Dismissal filed by the Plaintiff. (Doc. 9). Good cause appearing;

**IT IS ORDERED** that the Complaint and this case are dismissed with prejudice pursuant to the Plaintiff's request.

Dated this 21st day of October, 2015.

Raner C. Collins
Chief United States District Judge